# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:08CR00037-002 |
| v. ) | **ORDER** |
| ) | |
| **DEDRA CAROL SPAFFORD**, ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Order, it is **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is hereby **DENIED** with respect to all claims, and the government's Motion to Dismiss is **GRANTED**. Further, finding that Dedra Carol Spafford has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: July 28, 2010

/s/ JAMES P. JONES
United States District Judge